IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:17-cv-670-WKW |
| | ) | |
| v. | ) | Criminal Case No. 3:07cr150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

**ORDER**

The Clerk of Court is hereby DIRECTED to:

(1) strike Doc. No. 83 (currently docketed as a "Motion to Clarify Sentence") from Criminal Case No. 3:07cr150-MHT;

(2) open a new civil action and docket this same pleading in the new civil action as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; and

(3) refer this action to the Magistrate Judge to whom it has been assigned.

DONE, this 4th day of October, 2017.

                                 /s/ Charles S. Coody
                                 CHARLES S. COODY
                                 UNITED STATES MAGISTRATE JUDGE