

Prepared on: 09/29/2014

United States Marshals Service - LIMITED OFFICIAL USE
**USM-129 Individual Custody/Detention Report**

| Name: FOSTER,BENJAMIN SHANE | USMS Number: 12258-002 |
|---|---|

| 1A | 5299 | Weapon Offense | FELON POSS OF WEAPON | Guilty |
|---|---|---|---|---|

| CTR | SENTENCE DATE | SENTENCE | APPEAL DATE | DURATION |
|---|---|---|---|---|
| 1A | 08/20/2008 | Prison   Other | **/**/**** | 120 Month(s) |

## III. COURT CASE STATUS HISTORY

| CTR | CC STATUS | START DATE | END DATE | REMARK |
|---|---|---|---|---|
| 1A | WHCAP | 08/23/2007 | 09/17/2007 | RANDOLPH CO JAIL |
| 1A | WHCAP | 09/17/2007 | 09/16/2008 | RANDOLPH CO JAIL |
| 1A | CASE RESOLVED | 09/16/2008 | 09/16/2008 | |

| CTR | CC STATUS | START DATE | END DATE | REMARK |
|---|---|---|---|---|

| CTR | CC STATUS | START DATE | END DATE | REMARK |
|---|---|---|---|---|

## IV. CHRONOLOGICAL PRISONER HISTORY

| CTR: 1 | CUSTODY START DATE: 08/23/2007 | | END DATE: 07/08/2011 | | |
|---|---|---|---|---|---|
| INST | INSTITUTION NAME | ADMIT | RELEASE | BOARDED | ACTION OR DISPOSITION |
| 4XT | Montgomery City Jail | 08/23/2007 | 09/14/2007 | 22 | |
| --- | MEDICAL | 09/14/2007 | 09/14/2007 | 0 | |
| 4XT | Montgomery City Jail | 09/15/2007 | 09/16/2008 | 367 | |
| 4AS | Morgan Co Jail | 06/17/2011 | 07/05/2011 | 18 | |
| 4W7 | Cullman Co Detn Ctr | 07/05/2011 | 07/08/2011 | 3 | |
| | | | TOTAL DAYS BOARDED | 410 (0 BND, 1 MED) | |

| CTR: 2 | CUSTODY START DATE: 07/08/2011 | | END DATE: 07/14/2011 | | |
|---|---|---|---|---|---|
| INST | INSTITUTION NAME | ADMIT | RELEASE | BOARDED | ACTION OR DISPOSITION |
| AAI | Robert A. Deyton Detention Facility | 07/08/2011 | 07/14/2011 | 6 | |
| | | | TOTAL DAYS BOARDED | 6 (0 BND, 0 MED) | |

Prepared on 09/29/2014

United States Marshals Service • LIMITED OFFICIAL USE
**USM-129 Individual Custody/Detention Report**



| Name: FOSTER,BENJAMIN SHANE | USMS Number: 12258-002 | |
|---|---|---|

| CTR: 3 | CUSTODY START DATE: 11/25/2013 | | | END DATE: 12/04/2013 | |
|---|---|---|---|---|---|
| INST | INSTITUTION NAME | ADMIT | RELEASE | BOARDED | ACTION OR DISPOSITION |
| 6L9 | Grady County Criminal Justice Authority | 11/25/2013 | 11/26/2013 | 1 | |
| OSJ | NV Southern Detention Center | 11/26/2013 | 12/04/2013 | 8 | |

TOTAL DAYS BOARDED  9 (0 BND, 0 MED)

## V. MEDICAL CONDITION/TREATMENT HISTORY

| DATE SERVICE PROVIDED | VENDOR | SERVICE PROVIDED |
|---|---|---|
| 09/10/2007 | RADIOLOGY GROUP | X-RAY |
| 09/10/2007 | RADIOLOGY GROUP | ECHO EXAM ABDOMEN |
| 09/10/2007 | HAYNES AMBULANCE | AMBULANCE SVC |
| 09/12/2007 | CLINICAL SOLUTIONS | RX |
| 09/14/2007 | RADIOLOGY GROUP | X-RAY |
| 09/26/2007 | ADVANCED SURGICAL | OFFICE CONSULT |
| 10/01/2007 | CLINICAL SOLUTIONS | RX |
| 10/09/2007 | JACKSON HOSPITAL | LAPROSCOPIC CHOLECYSTECTOMY |
| 10/09/2007 | MONTGOMERY ANES | ANESTH SURG UPPER ABDOMEN |
| 10/09/2007 | ADVANCED SURGICAL | LAPARASCOPY |

**Limited Official Use**
This information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.
Page 4 of 4

```
* MNAEI  540*23 *          SENTENCE MONITORING        *    08-15-2017
PAGE 001          *         COMPUTATION DATA          *    15:24:39
                            AS OF 08-15-2017
```

REGNO..: 12258-002 NAME: FOSTER, BENJAMIN SHANE


```
FBI NO...........: 21803EB9          DATE OF BIRTH:████1978  AGE:  38
ARS1.............: MNA/A-DES
UNIT.............: CREEK               QUARTERS.....: C03-124U
DETAINERS........: NO                  NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 09-26-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 03-26-2020 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: ALABAMA, MIDDLE DISTRICT
DOCKET NUMBER...................: 2:08CR48-01-MHT
JUDGE...........................: THOMPSON
DATE SENTENCED/PROBATION IMPOSED: 08-20-2008
DATE COMMITTED..................: 07-14-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00
```

---------------------CURRENT OBLIGATION NO: 010 -------------- ------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM, CT.1.

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
TERM OF SUPERVISION............:    3 YEARS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: CC TO 020 010 010
DATE OF OFFENSE................: 05-11-2007
```

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

```
COURT OF JURISDICTION...........: ALABAMA, MIDDLE DISTRICT
DOCKET NUMBER...................: 3:07CR150-01-MHT
JUDGE...........................: THOMPSON
```


G0002        MORE PAGES TO FOLLOW . . .

```
' MNAEI  540*23 *          SENTENCE MONITORING          *     08-15-2017
PAGE 002           *        COMPUTATION DATA             *     15:24:39
                              AS OF 08-15-2017

REGNO..: 12258-002 NAME: FOSTER, BENJAMIN SHANE


DATE SENTENCED/PROBATION IMPOSED: 08-20-2008
DATE COMMITTED...................: 07-14-2011
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

             FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00       $00.00       $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  136
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM, CT.1.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO 010 010 010
  DATE OF OFFENSE................: 05-11-2007

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-21-2011 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-29-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010




G0002        MORE PAGES TO FOLLOW . . .
```

```
 * MNAEI  540*23 *          SENTENCE MONITORING           *      08-15-2017
   PAGE 003 OF 003 *        COMPUTATION DATA              *      15:24:39
                            AS OF 08-15-2017
```

REGNO..: 12258-002 NAME: FOSTER, BENJAMIN SHANE

DATE COMPUTATION BEGAN..........: 06-17-2011  *8-20-08*
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 10 YEARS
AGGREGATED TERM OF SUPERVISION..: 3 YEARS
EARLIEST DATE OF OFFENSE........: 05-11-2007

TOTAL PRIOR CREDIT TIME.........: 0  *from 5-12-07 to 8-20-08*
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 447
TOTAL GCT EARNED................: 297
STATUTORY RELEASE DATE PROJECTED: 03-26-2020
EXPIRATION FULL TERM DATE.......: 06-16-2021
TIME SERVED.....................:    6 YEARS      1 MONTHS      30 DAYS
PERCENTAGE OF FULL TERM SERVED..: 61.6

PROJECTED SATISFACTION DATE.....: 03-26-2020
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 6-17-11 RELEASED EOS FROM ALABAMA DOC. 12-21-11 DGCT UPDATED
                N/BEE.



G0000        TRANSACTION SUCCESSFULLY COMPLETED

765174-R1
FCI Herlong

This is in response to your Regional Administrative Remedy Appeal of the Warden's response dated March 6, 2014. You are requesting prior custody credit for time spent serving a state sentence.

We have investigated your appeal and agree with the Warden's response to you. You were released to the United States Marshals via a writ of habeas corpus on May 12, 2008, while serving a state sentence in the custody of the Alabama Department of Corrections, to face federal charges. You were sentenced in federal court on August 20, 2008, to a term of 120 months. This sentence was ordered to run concurrent to the state sentence you were serving at the time this sentence was imposed. You received a nunc pro tunc designation, which effectively started your federal sentence on August 20, 2008, the day it was imposed while in the primary custody of the state.

Title 18 U.S.C. 3585(b), Credit for Prior Custody, states, "Defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official custody prior to the date the sentence commences . . . that has not been credited against another sentence." Program Statement 5880.28, Sentence Computation Manual-CCCA, states, "Time spent in custody under a writ of habeas corpus for non-federal custody will not in of itself be considered for the purpose of crediting presentence time. The primary reason for writ custody is not the federal charge. The federal court merely 'borrows' the prisoner under the provision of the writ for secondary custody." The time which you are requesting was time spent actually serving your state sentence, which per statute cannot be applied as jail credit. A federal sentence cannot begin before it is imposed by the federal court. Your computation is computed correctly according to Bureau of Prisons policy, statutory provision and judicial order.

Based on the above information, your request for administrative remedy is denied. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C., 20534. Your appeal must be received in the General Counsel's Office within 30 days of the date of this response.

_4/4/14_
Date

_Juan D. Castillo, Regional Director_

RECEIVED
APR 3 0 2014
WARDEN'S OFFICE
FCI HERLONG

Prepared on: 09/29/2014

United States Marshals Service - LIMITED OFFICIAL USE
**USM-129 Individual Custody/Detention Report**



| Name: FOSTER,BENJAMIN SHANE | USMS Number: 12258-002 |
|---|---|

## I. IDENTIFICATION DATA

USMS NUMBER: 12258-002                    NAME: FOSTER,BENJAMIN SHANE
    ADDRESS: 529 STONE AVE ROANOKE, AL     PHONE: (334) 863-5460
             36274
        DOB: ██/██/1978    AGE: 36        POB: ROANOKE, AL



| SEX: M | RACE: W | HAIR: BLK | EYE: BRO | HEIGHT: 6'01" | WEIGHT: 245 |
|---|---|---|---|---|---|

| SSN: ███-██-6833 | FBI NBR: 21803EB9 | ALIEN NBR: |
|---|---|---|

| ** SPECIAL CAUTIONS AND MEDICAL | REMARKS | SEPARATEE |
|---|---|---|
| Medical Concerns | PPD COMPLETED 09-14-07 - NEG | |
| Separatee Warnings | KEEP AWAY FROM (b) (7)(C) | |

| TB CLEARANCE STATUS | ASSESSMENT DATE | EXPIRED |
|---|---|---|
| CLEARED | 11/19/2010 | 11/19/2011 |

| DNA TEST DATE | TAKEN? | DEPUTY | REMARKS/KIT # |
|---|---|---|---|
| N/A | No | N/A | Prior to mandatory DNA requirement dated 9/29/09 |
| N/A | No | N/A | JPATS |

| DETAINER DATE | L/R | ACTIVE? | AGENCY | REMARK |
|---|---|---|---|---|
| **/**/**** | | N | | |

| PRISONER ALIAS | ALIAS REMARK |
|---|---|
| FOSTER,BEN | NICKNAME |

**Limited Official Use**
This Information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.

Prepared on: 09/29/2014

United States Marshals Service - LIMITED OFFICIAL USE
**USM-129 Individual Custody/Detention Report**



| Name: FOSTER,BENJAMIN SHANE | USMS Number: 12258-002 |
|---|---|

## II. CUSTODY INFORMATION

| CTR: 1 | CUSTODY START DATE: 08/23/2007 | | | END DATE: 07/08/2011 |
|---|---|---|---|---|
| CUSTODY STATUS | DISTRICT | START DATE: | END DATE | REMARK |
| WT-CASE-RESOLVE | 2 | 08/23/2007 | 09/14/2007 | |
| RL-MED | 2 | 09/14/2007 | 09/15/2007 | JACKSON HOSPITAL |
| READMIT | 2 | 09/15/2007 | 09/15/2007 | RETURNED TO MTGY CITY JAIL |
| WT-CASE-RESOLVE | 2 | 09/15/2007 | 09/16/2008 | |
| RL-WHCAP | 2 | 09/16/2008 | 06/17/2011 | RETURNED TO RANDOLPH CO JAIL; DETAINER |
| READMIT | 2 | 06/17/2011 | 06/17/2011 | |
| WT-TRANSFER | 2 | 06/17/2011 | 06/17/2011 | |
| TRANSFERRED | 2 | 06/17/2011 | 06/17/2011 | P/U BY N/AL ON J&C FOR M/AL |
| RC-TRANSFER | 1 | 06/17/2011 | 06/20/2011 | |
| WT-DESIG | 1 | 06/20/2011 | 06/29/2011 | REQUESTED OUT OF DISTRICT DESIG |
| WT-MOVE | 1 | 06/29/2011 | 07/08/2011 | DESIG USP LEE |
| RL-BOP | 1 | 07/08/2011 | 07/08/2011 | TRANSFERRED TO DEYTON FFT USP LEE |

| CTR: 2 | CUSTODY START DATE: 07/08/2011 | | | END DATE: 07/14/2011 |
|---|---|---|---|---|
| CUSTODY STATUS | DISTRICT | START DATE: | END DATE | REMARK |
| RC-TRANSFER | 122 | 07/08/2011 | 07/08/2011 | LEE |
| WT-MOVE | 122 | 07/08/2011 | 07/14/2011 | |
| RL-BOP | 122 | 07/14/2011 | 07/14/2011 | |

| CTR: 3 | CUSTODY START DATE: 11/25/2013 | | | END DATE: 12/04/2013 |
|---|---|---|---|---|
| CUSTODY STATUS | DISTRICT | START DATE: | END DATE | REMARK |
| RC-TRANSFER | 122 | 11/25/2013 | 11/25/2013 | |
| WT-MOVE | 122 | 11/25/2013 | 12/04/2013 | GRADY/PARHUMP/HER |
| RL-BOP | 122 | 12/04/2013 | 12/04/2013 | |

| CTR | COURT CASE # | DISTRICT OFFICE | JUDGE | US ATTORNEY | DEFENSE ATTORNEY |
|---|---|---|---|---|---|
| 1A | 3:07CR150-MHT | AL/M MONTGOMERY | THOMPSON,MYRON | DEEGAN,CHRISTA | PETERSEN,MICHAEL |

| CTR | ARREST DATE | ARRESTING AGENCY | ARREST LOCATION | WARRANT NUMBER |
|---|---|---|---|---|
| 1A | 08/23/2007 | UNITED STATES MARSHALS SERVICE | RANDOLF CO JAIL | |

| CTR | CODE | OFFENSE | REMARK | DISPOSITION |
|---|---|---|---|---|

**U.S. Department of Justice**
Federal Bureau of Prisons

Designation and Sentence Computation Center

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Missouri 75051*

September 21, 2011

The Honorable Myron H. Thompson
Judge of the U.S. District Court
  for the Middle District of Alabama
U.S. District Court
One Church Street
Montgomery, Alabama 36104

**Re:   FOSTER, Benjamin Shane**
       Reg. No. 12258-002
       Docket Nos. 3:07cr150-01-MHT, 2:08cr48-01-MHT

Dear Judge Thompson:

     On August 20, 2008, Benjamin Shane Foster was sentenced by the Court to a 120-month term of confinement for Felon in Possession of a Firearm.  At the time the federal sentence was imposed, Mr. Foster was under the primary jurisdiction of state authorities in Indiana, and in federal custody pursuant to a Writ.  The respective Judgment and Commitment Order was silent regarding its relationship with any forthcoming action in the state of Indiana.  Following sentencing, Mr. Foster was appropriately returned to the custody of state authorities, and the U.S. District Court Judgment was filed as a detainer with the State of Alabama.

     On October 8, 2008, Mr. Foster was sentenced in Randolph County, Alabama, Case Number(s) CC07-98, CC07-99 and CC07-115 to a 10-year term of confinement for Burglary, Theft of Property and Assault. Mr. Foster satisfied the state sentence and released to the federal detainer on June 17, 2001, to commence the service of his federal sentence as provided by Title 18 U.S.C. § 3585(a).

     Mr. Foster now requests that the Bureau of Prisons (Bureau) designate the state institution for service of his federal sentence, thereby reducing the total amount of time spent in custody.  Such

a retroactive designation is made only after the review of all
relevant factors under Title 18 U.S.C. § 3621(b).

The Bureau strives to administer sentences in accordance with
federal statute, Bureau policy and the intent of the sentencing court.
It is the Bureau's preference that the federal sentencing court be
given an opportunity to state its position with respect to a
retroactive designation, which, while not binding, can be helpful
in our determination to grant or deny the request.  If, after 60
days, a response has not been received from the Court, the Bureau
will complete its review and make a decision regarding this case.

Should the designation be granted, the Bureau will commence
Mr. Foster's sentence on August 20, 2008.  This would result in his
release from Bureau custody on or about March 14, 2016.  Should the
Bureau deny the request, he will continue to a current projected
release date of March 30, 2020.  If the Bureau makes a decision,
based on a review of all relevant 3621(b) factors, which is contrary
to the Court's stated position, the Court will be notified
accordingly.

Please advise us at your earliest convenience, as to the Court's
position on a retroactive designation in this case.  Should
additional information be necessary, please contact
Jeffrey Carson, Operations Manager, at (972)595-3129.

Sincerely,

for Jose A. Santana
Chief

sf
cc:  Matthew Shepherd, Assistant U.S. Attorney
     M. Standford Robinson, U.S. Probation Officer

Case 3:07-cr-00150-MHT-CSC   Document 1   Filed 07/18/07   Page 1 of 3

FILED

JUL 1 8 2007

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
                                   )
       v.                        )     CR. NO. 3:07cr 150-MHT
                                   )         [18 USC 922(g)(1)]
BENJAMIN SHANE FOSTER    )
aka Benjamin Shawn Foster     )     INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about May 11, 2007, in Randolph County, within the Middle District of Alabama,

BENJAMIN SHANE FOSTER
aka Benjamin Shawn Foster,

defendant herein, having been convicted of the following felony offenses, crimes punishable by

imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1)    June 3, 2002, Receiving Stolen Property 2nd, case number CC 2001 000220, in the
       Circuit Court of Randolph County, Alabama;

2)    June 3, 2002, Receiving Stolen Property 2nd, case number CC 2001 000143, in the
       Circuit Court of Randolph County, Alabama;

3)    May 21, 1997, Extortion 2nd, case number CC 96 000136, in the Circuit Court of
       Randolph County, Alabama;

4)    April 29, 1996, Theft of Property 1st, case number CC 96 000043, in the Circuit
       Court of Randolph County, Alabama;

5)    March 29, 2000, Perjury 1st, case number CC 1999 000090, in the Circuit Court of
       Randolph County, Alabama;

did knowingly possess in and affecting interstate commerce a firearm, to-wit:

a Remington, Model 7400, .30-06 rifle, a better description of which is unknown to the grand

jury,

in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

BENJAMIN SHANE FOSTER
aka Benjamin Shawn Foster,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses. including but not limited to the following:

A Remington, Model 7400, .30-06 rifle, a better description of which is unknown to the grand jury;

C.   if any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

2

A TRUE BILL:

Deputy ~~Foreperson~~

LEURA G. CANARY
United States Attorney

John T. Harmon
Assistant United States Attorney

Matthew W. Shepherd
Assistant United States Attorney

3

07/24/2007  08:43   3342237726            US MARSHALS SERVICE                    PAGE  01

U.S. Department of Justice
United States Marshals Service
One Church Street, Suite A-100
Montgomery, AL 36104

Phone (334) 223-7728
Fax (334) 223-7726



# DETAINER
## AGAINST UNSENTENCED PRISONER

### UNITED STATES MARSHAL
### MIDDLE DISTRICT OF ALABAMA

TO:   Randolph County Jail
      21st Street NE
      Wedowee, AL 36278
      (256)357-4545 Fax (256)357-2125

DATE: July 24, 2007
SUBJECT: FOSTER, Benjamin
AKA: None Known   W/M
DOB/SSN: ██/1978 ███-██-6833
USMS #:
CR #:  07-150-MHT

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the *Middle District of Alabama* has issued an arrest warrant(s) charging the subject with the commission of the following offense(s): VIOLATION OF GUN CONTROL ACT.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged.

**IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

Very truly yours,

Jesse Seroyer, Jr.
United States Marshal

By: Debi Brewer
     *Criminal Program Specialist*

| RECEIPT | |
|---|---|
| *Date:* | |
| *Signed:* | |
| *By:* | |
| *Title:* | |

USM-16a
Est. 11/98

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 3:07cr150-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN AND/OR KEEPER OF THE   RANDOLPH COUNTY JAIL
                                                           AT   WEDOWEE, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
        OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of BENJAMIN SHANE FOSTER, a prisoner in your institution

and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court

for the Middle District of Alabama, at the   Courtroom 4B of said Court, in the City of MONTGOMERY, on

AUGUST 29, 2007, at 10:30 a.m., to answer charges pending in said Court and for such other proceedings as may

appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 26th day of July, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
        Deputy Clerk

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

UNITED STATES OF AMERICA

v.

BENJAMIN SHANE FOSTER

**JUDGMENT IN A CRIMINAL CASE**

Case Number:          3:07cr150-01-MHT

                      (WO)

USM Number:           12258-002

Jon Carlton Taylor
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s)    Count One of the Indictment on April 4, 2008

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm | 5/11/2007 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 20, 2008
Date of Imposition of Judgment

Signature of Judge

MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

8/26/2008
Date

(Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:      BENJAMIN SHANE FOSTER
CASE NUMBER:    3:07cr150-01-MHT

Judgment — Page __2__ of __6__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

120 Months. The term consists of 120 months on Count One to be served concurrently with case number 2:08cr48-MHT

☒ The court makes the following recommendations to the Bureau of Prisons:

1. The court recommends that the defendant be designated to a facility where intensive drug treatment is available.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment--Page ___3___ of ___6___

DEFENDANT:        BENJAMIN SHANE FOSTER
CASE NUMBER:      3:07cr150-01-MHT

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

3 Years. This term consists of 3 years on Count One to run concurrently with case number 2:08cr48-MHT.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 3:07-cr-00150-MHT-CSC   Document 57   Filed 08/28/08   Page 4 of 6

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

| | | Judgment—Page | 4 | of | 6 |

DEFENDANT:        BENJAMIN SHANE FOSTER
CASE NUMBER:    3:07cr150-01-MHT

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether he has reverted to the use of drugs. The defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

2. The defendant shall participate in a mental health treatment program approved by the United States Probation Office and contribute to the cost based on ability to pay and availability of third party payments.

3. The defendant shall submit to a search of his person, residence, office, and vehicle pursuant to the search policy of this court.

Case 3:07-cr-00150-MHT-CSC   Document 57   Filed 08/26/08   Page 5 of 6

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:        BENJAMIN SHANE FOSTER
CASE NUMBER:      3:07cr150-01-MHT

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|-----------|------|-------------|
| TOTALS | $  100     | $    | $           |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
|               |             |                     |                        |

| TOTALS | $ _____ 0 | $ _____ 0 | |

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the    ☐  fine    ☐  restitution.

   ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

(Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:      BENJAMIN SHANE FOSTER
CASE NUMBER:      3:07cr150-01-MHT

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   X   Lump sum payment of $ __100__ due immediately, balance due

     ☐   not later than _____ , or
     X   in accordance   ☐ C,   ☐ D,   ☐ E, or   X F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   X   Special instructions regarding the payment of criminal monetary penalties:

     All criminal monetary penalty payments shall be made to the Clerk, United States District Court, Middle District of Alabama, Post Office Box 711, Montgomery, Alabama 36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# DETAINER

## BASED ON FEDERAL JUDGMENT AND COMMITMENT

United States Marshal
### MIDDLE DISTRICT OF ALABAMA
*(District)*

ONE CHURCH ST, SUITE A-100
MONTGOMERY, AL 36104
(334) 223-7728 fax (334) 223-7726

*(Return Address and Phone)*

*Please type or print neatly:*

TO: RANDOLPH CO JAIL
1 MAIN ST S
WEDOWEE, AL 36278
(256) 357-4545 FAX (256) 357-2125

DATE: SEPTEMBER 4, 2008

SUBJECT: FOSTER, Benjamin Shane

AKA: _____

DOB/SSN: ●●/1978 ●●●●6833 W/M

REF. # _____

USMS #: 12258-002

CR #: 08-48-MHT and 07-150-MHT

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the MIDDLE District of ALABAMA has issued a **Judgment and Commitment** Order against the subject. The attached **Judgment and Commitment Order** commits the subject to the custody of the U.S. Attorney General to serve the following sentence of imprisonment:

> 08-48-MHT 120 MONTHS. The term consists of 120 months to be served concurrently with 07-150-MHT.
>
> 07-150-MHT 120 MONTHS. The term consists of 120 months to be served concurrently with 08-48-MHT.

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject for service of his Federal sentence of imprisonment. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer.

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

| RECEIPT | |
|---------|---|
| Date: | _____ |
| Signed: | _____ |
| By: | _____ |
| Title: | _____ |

Very truly yours,

_____
(Signature)

JESSE SEROYER JR
U.S. Marshal

Requested by: Debi Brewer, Criminal Program Specialist

Return

Form USM-16B
Rev 04/05

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

STATE OF ALABAMA       )
                             )

VS.                      )     CASE NO. CC-07-98
                             )

BENJAMIN SHANE FOSTER   )

**Filed in Office**

OCT 2 8 2008

~ MAY
_ircuit Court

**ORDER**

    The defendant appeared before the Court this date with counsel. The defendant was explained his constitutional rights by way of an Explanation of Rights form. The defendant stated to the Court his desire to enter a plea of guilty to the offenses charged. The Court accepted the defendant's pleas of guilty.

    IT IS ORDERED ADJUDGED AND DECREED that the defendant is guilty of the offenses of Burglary Third Degree and Theft Second Degree. The defendant is sentenced to the penitentiary of the State of Alabama for a term of ten years in each case. The sentence shall run concurrently with all other sentences.

    The defendant is Ordered to pay all court costs, said costs to include reimbursement to the State of Alabama for court appointed attorney. The defendant is Ordered to reimburse Randolph County for any medical expenses incurred on his behalf. The defendant is Ordered to pay a Victims Compensation Fund Award of $50.00. The defendant is Ordered to pay restitution in the amount of $1,380.00 to Joseph Husbands. The defendant is Ordered to pay a fine in the amount of $1,000.00.

    Defendant waived his right to probation hearing.

    Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, and the Randolph County Jail.

    Signed this the 28th day of October, 2008.

                                  *Ray D. Martin*
                              RAY D. MARTIN
                              CIRCUIT JUDGE

I, _____ May, Clerk of the Circuit Court of Randolph County, ___ do hereby certify that above and foregoing is a true and correct copy of CC-07-098 plea5 ___ same appears of record on or file in my office ___ witness my hand this ___
Nov ___ Chris Nacy
Clerk of the Circuit Court Randolph County, Alabama

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

STATE OF ALABAMA                )
                                )
VS.                             )        CASE NO. CC-~~08 123~~ 07-115
                                )
BENJAMIN SHANE FOSTER           )                                    ' in Offic

### ORDER                                              OCT 28 2008

     The defendant appeared before the Court this date with counsel. The defendant     MAY
was explained his constitutional rights by way of an Explanation of Rights form. The      .rcuit Court
defendant stated to the Court his desire to enter a plea of guilty to the offenses charged.
The Court accepted the defendant's pleas of guilty.

     IT IS ORDERED ADJUDGED AND DECREED that the defendant is guilty of
the offense of Theft of Property First Degree. The defendant is sentenced to the
penitentiary of the State of Alabama for a term of ten years. The sentence shall run
concurrently with all other sentences.

     The defendant is Ordered to pay all court costs, said costs to include
reimbursement to the State of Alabama for court appointed attorney. The defendant is
Ordered to reimburse Randolph County for any medical expenses incurred on his behalf.
The defendant is Ordered to pay a Victims Compensation Fund Award of $50.00. The
defendant is Ordered to pay restitution in the amount of $$1,860.00 to Liddy Causey.
The defendant is Ordered to pay a fine in the amount of $1,000.00.

     Defendant waived his right to probation hearing.

     Let a copy of this Order issue to the defendant, counsel, the District Attorneys
Office, and the Randolph County Jail.

     Signed this the 28th day of October, 2008.


                           RAY D. MARTIN
                           CIRCUIT JUDGE

STATE OF ALABAMA
RANDOLPH COUNTY

    I, Chris Mann, Clerk of the Circuit Court of Randolph County,
Alabama, do hereby certify that the foregoing is a true and
correct copy of ___ CC 07-0115 pleas ___
as the same appears of record on file in my office
_____ this _____ day ___
NOV _____
        Clerk, Circuit Court of Randolph County

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

STATE OF ALABAMA                )
                                )
VS.                             )        CASE NO  CC-07-99
                                )
BENJAMIN SHANE FOSTER           )

**Filed in Office**

### ORDER

OCT 2 8 2008

CHRIS MAY
Circuit Court

    The defendant appeared before the Court this date with counsel.  The defendant was explained his constitutional rights by way of an Explanation of Rights form.  The defendant stated to the Court his desire to enter a plea of guilty to the offenses charged.  The Court accepted the defendant's pleas of guilty.

    IT IS ORDERED ADJUDGED AND DECREED that the defendant is guilty of the offenses of Assault First Degree and Attempted Assault First Degree  The defendant is sentenced to the penitentiary of the State of Alabama for a term of ten years in each case.  The sentence shall run concurrently with all other sentences.

    The defendant is Ordered to pay all court costs, said costs to include reimbursement to the State of Alabama for court appointed attorney.  The defendant is Ordered to reimburse Randolph County for any medical expenses incurred on his behalf.  The defendant is Ordered to pay a Victims Compensation Fund Award of $50.00.  The defendant is Ordered to pay restitution in the amount of $15,000.00 to the Alabama Crime Victims Compensation Counsel.

    Defendant waived his right to probation hearing.

    Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, and the Randolph County Jail.

    Signed this the 28th day of October, 2008.


RAY D. MARTIN
CIRCUIT JUDGE

STATE OF ALABAMA
RANDOLPH COUNTY
   I Chris May, Clerk of the Circuit Court of Randolph County,
Alabama, do hereby certify that the foregoing is a true and
correct copy of CC-2007-099 Pleas
   as same appears of record in my office
NOV   Chris May





# OFFICE OF THE SHERIFF
## RANDOLPH COUNTY
### STATE OF ALABAMA
P.O. BOX 347
WEDOWEE, ALABAMA 36278
TELEPHONE: (256) 357-4545    FAX: (256) 357-2790

**DAVID COFIELD**
- SHERIFF -

w/m

Ref: Benjamin S. foster

To, whom it may concern, Mr. foster, was
suppose to leave Oct, 28, 29, 2008, to go
w/ U.S marshall office. I, William Dillard
Called the U.S. marshall office to P/u
Mr. foster but the U.S marshall office
didn't P/u him up.

Sincerely,
William Dillard
1-15-12
jail admn.

# STATE OF ALABAMA
## OFFICE OF THE DISTRICT ATTORNEY
### FIFTH JUDICIAL CIRCUIT

**AMY M. NEWSOME**
Assistant District Attorney
P.O. Box 262
Wedowee, Alabama 36278

**E. PAUL JONES**
District Attorney
P.O. Box 997
Alexander City, Alabama 35011-0997

Telephone: (256) 357-2675

March 5, 2012

Benjamin Foster
Federal ID # 12258-002
USP Lee
PO Box 305
Jonesville, VA  24263

*RE:  Shotgun*

Dear Mr. Foster:

According to the records in our file, the weapon used in the assault was a Remington 870 12 gauge shotgun, serial number C286577M.

Sincerely,

Amy M. Newsome

# State of Alabama
# High School Equivalency Diploma

### This is to Certify That

## BENJAMIN S FOSTER

having achieved the scores prescribed by the State of Alabama and thereby demonstrating satisfactory achievement in the major academic skills measured by the Tests of General Educational Development, the State Board of Education hereby awards this Alabama High School Equivalency Diploma, Number **10045042**

In witness whereof our names and the Seal of the State Board of Education, Montgomery, Alabama are hereto affixed on this the 15th day of April, 2009

President, State Board of Education
Governor, State of Alabama

(SEAL)

Chancellor
Alabama Department of Postsecondary Education

RECEIVED
2017 AUG 31 P 2: 54

Issued by Alabama Department of Postsecondary Education

# Official Transcript of GED Tests

GED is a registered trademark of the American Council on Education and may not be used or reproduced without the express written permission of the American Council on Education.

For additional transcripts contact

GED Testing Program

Alabama Department of Postsecondary Education

401 Adams Avenue Suite 250

Montgomery  AL 36104

(800) 392-8086 (334) 353-4889

www.acs.edu

**Candidate's Name**

Last Name: **FOSTER**    First Name: **BENJAMIN**    MI: S    Date of Birth: ▇1978

Address: **PO BOX 5107**

**UNION SPRINGS, AL 36089**    Social Security Number: xxx xx 6833

GED Administrator: _Nace J Monaghan_

Date:

| Test Name | Standard Score (out of 800) | Percentile Rank | Test Date (mm/dd/yy) | Test Form Used |
|---|---|---|---|---|
| Language Arts, Reading | 500 | 50 | 4/2/2009 | ID |
| Language Arts, Writing | 510 | 54 | 4/2/2009 | ID |
| Mathematics | 430 | 24 | 4/2/2009 | ID |
| Science | 540 | 66 | 4/2/2009 | ID |
| Social Studies | 550 | 69 | 4/2/2009 | ID |
| Pass / Non-Pass:     Pass | 2530 | Battery Avg:    506 | | |

Center Name: J. F. Ingram State Technical College

Address: 5375 Ingram Rd.

Deatsville, AL 36022

(334) 290-3281

Test Center ID No.: 3000030160

Test Format: EP

Please note: If candidate has taken GED tests more than once, only the highest scores will appear on the transcript.

### Total Battery

You have demonstrated the 21st century skills of:
-Communication
-Information processing
-Problem solving
-Higher order thinking skills

in the five tests areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform effectively in the workplace or in higher education.

### Language Arts, Reading

Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

### Language Arts, Writing

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

### Mathematics

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting  mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

### Science

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

### Social Studies

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

# UNICOR LEE, VIRGINIA

*Committed to continuous improvement!*



## Certificate of Completion

is hereby granted to:

## *Benjamin, Foster*

to certify that he has satisfactorily completed the:

## PRE-INDUSTRIAL LEAN VOCATIONAL TRAINING

### Granted: December 12, 2011

*[Hardy Chain, Associate Warden of Industries]*   *[Lance Cole, Supervisor of Education]*   *[Ben Massingill, Fabric Worker Supervisor]*



USP Lee Education Department

*Certificate of Achievement*

Benjamin Foster

*Has satisfactorily completed*

Basic Computer Knowledge

*Consisting of 10 Hours of Training*

*This Certificate is hereby issued this 30th day of June, 2012*

C. Martin, ACE Coordinator                    L. Cole, Supervisor of Education

## USP LEE EDUCATION DEPARTMENT

# ഔ Certificate of Achievement ങ

# Benjamin Foster

### Has satisfactorily completed

## Intro. To Personal Computers/Windows Vista

### Consisting of 10 Hours of Training

### This Certificate is hereby issued this 15th day of September, 2012

_C. Martin_
**C. Martin, ACE Coordinator**

_L. Cole_
**L. Cole, Supervisor of Education**

USP LEE EDUCATION DEPARTMENT

# Certificate of Achievement

## Benjamin Foster

Has satisfactorily completed

## Typing Master

Consisting of 10 Hours of Training

This Certificate is hereby issued this 15th day of September, 2012

C. Martin, ACE Coordinator

L. Cole, Supervisor of Education

USP LEE EDUCATION DEPARTMENT

# Certificate of Achievement

## Benjamin Foster

*Has satisfactorily completed*

# WEB Browsing /Communication

*Consisting of 10 Hours of Training*

*This Certificate is hereby issued this 15th day of September, 2012*

_____
C. Martin, ACE Coordinator

_____
L. Cole, Supervisor of Education



*Certificate of Achievement*

THIS CERTIFICATE CERTIFIES THAT

# FOSTER 12258–002

Completed U.S.P. Lee Guitar Program
RECREATION AIDE/INSTRUCTOR TRAINING
Received 5 hours of Sentry Credit
on May 22, 2013

J. OWENS, Sports Specialist



**BENJAMIN FOSTER**

**12258-002**

**has successfully completed the**

**12 Hour Drug Education Group**

Ψ

**Federal Correctional Institution**
**Herlong, California**

**NOVEMBER 17, 2014**

O. SHANNON, DTS
Drug Treatment Specialist



**Federal Correctional Complex**
*Victorville, CA*

# Certificate of Completion

*presented to*

## *Benjamin Foster*

*for successful completion of Turning Point Series*

### Attitudes

*November 5, 2015*

Dr. Irvin, Psy.D. - Psychologist



**Federal Correctional Complex**
*Victorville, CA*

# Certificate of Completion

*presented to*

*Benjamin Foster*

*for successful completion of  Turning Point Series*

## Coping

*October 29, 2015*

Dr. Irvin, Psy. D. - Psychologist



### Federal Correctional Complex
#### Victorville, CA

# Certificate of Completion
*presented to*

## *Benjamin Foster*

*for successful completion of the 10 hour self-study course*
*through FCC Victorville Psychology Services Program*

### Anger Management
*October 02, 2015*

Dr. M. Irvin, Psy.D. - Psychologist



**Federal Correctional Complex**

*Victorville, CA*

# Certificate of Completion

*presented to*

*Benjamin Foster*

*Reg. # 12258-002*

*who has successfully completed the initial training*
*as a Suicide Watch Companion at the FCI-2*
*June 17, 2015*

Dr. M. Irvin, Program Coordinator          Dr. J. Faustino, Program Coordinator



# ServSafe®
# CERTIFICATION

**BENJAMIN FOSTER**

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).



13076171

5112

NUMBER

EXAM FORM NUMBER

12/7/20

12/7/2020

DATE OF E

DATE OF EXPIRATION

Local laws apply. Ch

ency for recertification requirements.

#0655

In accordance with Meritorious Labor

©2015 National

logo are trademarks of the NRAF

National

Contact us with questions at 175 W Jackson Blvd  Ste 1500, Chicago, IL 60604 or ServSafe@restaurant.org

## FCI-2 Victorville Education Department

## Vocational Studies

**This Certifies that**

# Benjamin Foster

**Successfully completed 300 hours in the**

## Servsafe Program

As of December 7th, 2015

M. Agbaosi, Assistant Supervisor of
Education

T. Gardner, Teacher

# Federal Correctional Complex
*Victorville, CA*



# Certificate of Completion

*presented to*

## *Benjamin Foster*

*for successful completion of  Turning Point Series*

# Criminal Thinking

*December 31, 2015*

Dr. Irvin, PsyD. - Psychologist



*Federal Correctional Complex*
*Victorville, CA*



# Certificate of Completion

*presented to*

## Benjamin Foster

*who has successfully completed the 10 hour self-study course at*
*FCC Victorville*

### Turning Point: Preparing to Change

*January,26 2016*

Dr. L. DePierre, Staff Psychologist



*Federal Correctional Complex*
*Victorville, CA*

# Certificate of Completion

*presented to*

*Benjamin Foster*

*for successful completion of the 10-hour Self-Study*

## Socialization

*February 18, 2016*

Dr. Irvin, Psy.D., Psychologist



*Federal Correctional Complex*
*Victorville, CA*

# Certificate of Completion

is presented to

## FOSTER, BENJAMIN

Who has successfully completed the Non-residential Drug Education Program
February 05, 2016

Dr. ─ Fields, D.A.P. Coordinator                    Mr. D. Hendley, Drug Treatment Specialist

## Federal Correctional Complex
### Victorville, CA



# Certificate of Completion

*presented to*

## Benjamin Foster

*is a trained suicide watch companion.*
*This certificate denotes he has successfully completed:*

### Semi-Annual Training

*March 15, 2016*

Dr. L. DePierre, Staff Psychologist



*Certificate of Achievement*

*For achieving the level of*

*Expert Touch Typist*

April 01, 2016

**Benjamin Foster**

Name

**Typing Instructor**

WPM
22
Accuracy
100%
Adjusted WPM
21

# Proficient Typist

**April 01, 2016**

**Benjamin Foster**

Name



# *Certificate of Achievement*
## *For achieving the level of*

# *Advanced Expert Touch Typist*

April 01, 2016



**WPM
21

Accuracy
100%

Adjusted WPM
20**

### Benjamin Foster

Name

# Typing
## Instructor



*Certificate of Achievement*

*For achieving the level of*

# Touch Typist

April 01, 2016

**WPM**
**31**

**Accuracy**
**100%**

**Adjusted WPM**
**31**

## Benjamin Foster

Name

# Typing
# Instructor